# In the United States Court of Federal Claims

No. 16-1659C
(Filed: January 30, 2017)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NEIGHBORHOOD HEALTH PLAN INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    For good cause shown, defendant's unopposed motion to stay proceedings until March 31, 2017, is granted.

                      <u>s/Eric G. Bruggink</u>
                      ERIC G. BRUGGINK
                      Senior Judge