# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NEIGHBORHOOD HEALTH PLAN INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 16-1659C |
| v. | : | Judge Bruggink |
| | : | |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

# JOINT STATUS REPORT

On January 30, 2017, this Court issued an order staying all proceedings until March 31, 2017 (ECF No. 7). In the United States' Unopposed Motion to Stay (ECF No. 6), the United States proposed that the parties would file by March 24, 2017 a joint status report proposing next steps in the litigation or whether to continue the stay. However, the ECF docket entry indicates that a joint status report is due by March 21, 2017.

The Parties hereby submit a Joint Status Report recommending that the Court continue the stay of all proceedings. Matters relevant to issues in this case are currently being litigated in other cases, including *Land of Lincoln Mutual Health Insurance Co. v. United States,* No. 17-1224 (Fed. Cir.). Decisions in these other proceedings will clarify and refine the issues in this case. For this reason, both Parties respectfully request that the Court extend the stay for 60 days, until May 30, 2017. If this request is granted, the parties will report to the Court on May 23, 2017, seven days before expiration of the stay, and propose next steps, including whether to continue or to lift the stay.

| | |
|---|---|
| Dated: March 21, 2017 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| /s/ William F. Sinnott            .<br>William F. Sinnott<br>David A. Chorney<br>Donoghue Barrett & Singal, P.C.<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>Telephone: (617) 720-5090<br>wsinnott@dbslawfirm.com<br><br>*Attorneys for Neighborhood Health Plan, Inc.* | RUTH A. HARVEY<br>Director<br>Commercial Litigation Branch<br><br>KIRK T. MANHARDT<br>Deputy Director<br><br>/s/ Phillip. M. Seligman            .<br>PHILLIP M. SELIGMAN<br>CHARLES E. CANTER<br>TERRANCE A. MEBANE<br>FRANCES M. MCLAUGHLIN<br>MARC S. SACKS<br>L. MISHA PREHEIM<br>United States Department of Justice<br>Civil Division, Commercial Litigation Branch<br>Telephone: (202) 307-1105<br>Facsimile: (202) 307-0494<br>Phillip.Seligman@usdoj.gov<br><br>*Attorneys for the United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2017, a copy of the foregoing, *Joint Status Report*, was filed electronically with the Court's Electronic Case Filing (ECF) system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

/s/ Phillip M. Seligman  
PHILLIP M. SELIGMAN  
United States Department of Justice