# In the United States Court of Federal Claims

No. 16-1659C
(Filed:  May 1, 2017)

| | |
|---|---|
| NEIGHBORHOOD HEALTH PLAN, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**O R D E R**

Pursuant to Rule 40.1 (c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of this case is necessary for the efficient administration of justice, the Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

s/Susan G. Braden
SUSAN G. BRADEN
Chief Judge