```
 1         IN THE UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4   NEIGHBORHOOD HEALTH PLAN            )
 5   INCORPORATED,                       )  Case No.
 6            Plaintiff,                 )  16-1659C
 7              vs.                      )
 8   THE UNITED STATES OF AMERICA,       )
 9            Defendant.                 )
10
11
12
13                       Suite 616
14       Howard T. Markey National Courts Building
15                 717 Madison Place, N.W.
16                    Washington, D.C.
17                  Thursday, May 4, 2017
18                        2:30 p.m.
19              Telephonic Status Conference
20
21
22        BEFORE: THE HONORABLE LOREN A. SMITH
23
24
25   Elizabeth M. Farrell, CERT, Digital Transcriptionist
```

```
 1   APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFF:
 3           WILLIAM F. SINNOTT, ESQ.
 4           Donoghue, Barrett & Singal, P.C.
 5           One Beacon Street
 6           Suite 1320
 7           Boston, Massachusetts 02108
 8           (617) 720-5090 / (617) 720-5094 (fax)
 9           wsinnott@dbslawfirm.com
10
11
12
13   ON BEHALF OF THE DEFENDANT:
14           PHILLIP M. SELIGMAN, ESQ.
15           U.S. Department of Justice
16           Post Office Box 480
17           Ben Franklin Station
18           Washington, DC 20044
19           (202) 307-1105 / (202) 307-0494 (fax)
20           phillip.seligman@usdoj.gov
21
22
23
24
25
```

3
Neighborhood Health Plan v. USA                                    5/4/2017

```
 1                   P R O C E E D I N G S
 2                      -   -   -   -   -
 3              (Proceedings called to order, 2:31 p.m.)
 4              MR. SINNOTT:  You want to start off, Phil.
 5              MR. SELIGMAN:  Yeah, this is Phil Seligman for
 6    the United States.
 7              MR. SINNOTT:  And, Your Honor, this is attorney
 8    Bill Sinnott and David Chorney for Partners Neighborhood
 9    Health Plan.
10              THE COURT:  Okay.  This is Loren Smith.  And
11    good to have you both with us.  I have just taken over
12    this case and several others and -- as a recalled senior
13    judge, and I wanted to introduce myself to the case and
14    also just check in.  I understand that we're waiting for
15    the decision of the Federal Circuit in I think it was
16    Land of Lincoln.  And, currently, I think the parties --
17    the stay is continued to May 30th.
18              Some of the others I noticed we continued the
19    stay until 14 days after the Federal Circuit's decision
20    comes down.  That seemed to me more reasonable than just
21    30 days because -- or May 30th because at the end of that
22    period, then we all have to do some useless work.
23              So does that make sense to both of you to
24    change the stay to read 14 days after the Federal
25    Circuit's decision comes down?
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1            MR. SINNOTT:  That's fine with the Plaintiffs,
2    Your Honor.
3            MR. SELIGMAN:  That's fine with the United
4    States, Your Honor.
5            THE COURT:  Okay.  We'll do that and issue an
6    order to that effect.  Let me just ask, is there anything
7    that the Court needs to do with respect to this case at
8    the moment?  Mr. Sinnott?
9            MR. SINNOTT:  Your Honor, I don't think so.
10   Just as a heads-up, we're going to be consulting with our
11   client next week to make a decision as to whether we
12   enter the class that's being formed on this.  I suspect
13   that we will not.  But, obviously, that would change our
14   posture in the case.  But other than giving you that
15   heads-up, Your Honor, I don't -- I can't think of
16   anything else that's relevant.
17           THE COURT:  Okay.  And always, at any time, you
18   can -- either one of you can call this office and we can
19   set up a status conference on fairly short notice if
20   something does come up.
21           Mr. Seligman, anything that you see?
22           MR. SELIGMAN:  Not that I'm aware of, Your
23   Honor.
24           THE COURT:  Okay.  So you both can, as I said,
25   call if something does come up or needs to be talked

     1    about in a status conference or about something.  But we
     2    will wait on the Federal Circuit.  So thank you for
     3    participating and it's good to have you in the case.
     4             MR. SINNOTT:  Great, thank you, Your Honor.  We
     5    appreciate it.
     6             MR. SELIGMAN:  Thank you, Your Honor.
     7             THE COURT:  We'll talk to you soon or sometime.
     8    The Federal Circuit will decide how soon.
     9             MR. SINNOTT:  Sounds good.
    10             MR. SELIGMAN:  Thank you.
    11             THE COURT:  Okay, bye.
    12             (Whereupon, at 2:34 p.m., the hearing was
    13    adjourned.)
    14
    15
    16
    17
    18
    19
    20
    21
    22
    23
    24
    25

```
 1                CERTIFICATE OF TRANSCRIBER
 2
 3        I, Elizabeth M. Farrell, court-approved
 4   transcriber, certify that the foregoing is a correct
 5   transcript from the official electronic sound recording
 6   of the proceedings in the above-titled matter.
 7
 8
 9
10   DATE:  5/11/2017              S/Elizabeth M. Farrell
11                                 ELIZABETH M. FARRELL, CERT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```